JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC. and
TRICAM INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HASTINGS,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., TRICAM INDUSTRIES, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>Defendants. | Case No. 17-CV-01268-KJM-DB<br><br>**ORDER GRANTING REQUEST FOR TELEPHONE APPEARANCE**<br><br>Date: June 1, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3 |

Based on Defendants' Request for Telephonic Appearance, no objection from Plaintiff, and good cause appearing:

IT IS HEREBY ORDERED that Defendants' counsel, ZACHARY S. TOLSON, may appear by telephone at the hearing scheduled for June 1, 2018 at 10:00 a.m. in Courtroom 3 of the above-named Court.

Mr. Tolson must be available directly by telephone at (415) 705-0417 on June 1, 2018.

Dated: May 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING REQUEST FOR TELEPHONE APPEARANCE